## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Peter Rickmyer

        Plaintiff,

   vs.

Defendants Michael (kip) Browne, et al.

        Defendants.

Court File Number, 13 cv 559 SRN/SER

**MOTION FOR ACCOMMODATIONS TO APPOINT ATTORNEY TO PLAINTIFF PETER RICKMYER AND MEMORANDUM OF LAW**

### AFFIDAVIT OF MOTION FOR ACCOMMODATIONS

STATE OF MINNESOTA  )
              ) ss.
COUNTY OF HENNEPIN )

    I, Peter Richard Rickmyer, the Plaintiff in the above named caption, submit this

Affidavit, sworn to under oath regarding the facts surrounding the filing of Motion for

accommodations.

### MOTION

The following party Plaintiff Peter Rickmyer in the above-named case hereby move(s) the

United States Court, District of Minnesota for Accommodations under the Americans

Disabilities Act by appointing an attorney to represent Plaintiff Peter Rickmyer.

### FACT STATEMENT

   1. My Attorney Jill Clark was suspended from practicing law in the State of Minnesota and

Unable to represent me in this matter.

   2. I am disabled and my disability effects my communication.

   3. JACC Group and McDonald would prefer me to be represented by attorney.

Said Motion is based upon the attached Memorandum of Law, and all the files, records, and

1



SCANNED
MAR 1 1 2013
U.S. DISTRICT COURT MPL

proceedings herein.

**FURTHER AFFIANT SAYETH NAUGHT**

Peter Rickmyer
2118 25th Avenue North
Minneapolis, Minnesota 55411
(612) 516-2853

Subscribed and sworn to before me
**This // day of March, 2013**

Notary Public

CHRISTINA THI NGUYEN
Notary Public
Minnesota
My Comm. Expires
Jan 31, 2015