✎AO 240A  (Rev. 1/94)

# UNITED STATES DISTRICT COURT

### District of Minnesota

**Peter Rickmyer**                                             **Case No.:  13cv559 (SRN/SER)**

                    **Plaintiff,**

v.

**Michael (kip) Browne,**
**Megan Goodmundson,**
**Dan Rother,**
**Robert Hodson,**
**John George Hubbard, II,**
**Dave Haddy,**
**Ann McCandless,**                                 **ORDER ON APPLICATION TO PROCEED**
**David Schooler,**                                         **WITHOUT PREPAYMENT OF FEES**
**John Willard Hoff,**
**William McDonald,**
**Jordan Area Community Council, Inc.,**
**and**
**John Does 1-5,**

                    **Defendants.**

      Having considered the application to proceed without prepayment of fees under 28 USC §1915 [Doc. No. 2];

      IT IS ORDERED that the application is:

☒   GRANTED.

      ☐   The clerk is directed to file the complaint.

      ☒   IT IS FURTHER ORDERED that the clerk issue summons and the United States marshal serve a copy of the complaint, summons and this order upon the defendant(s) as directed by the plaintiff. All costs of service shall be advanced by the United States.

☐   DENIED, for the following reasons:

AO 240A  (Rev. 1/94)

ENTERED this     3rd     day of May 2013.

*s/Steven E. Rau*
Signature of Judicial Officer

STEVEN E. RAU, U.S. Magistrate Judge
Name and Title of Judicial Officer