## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Peter Rickmyer,                                    Court File No.: 13-CV-00559 SRN-SER

              Plaintiff,

      v.

Michael K. Browne, Megan Goodmundson,              **NOTICE OF APPEARANCE**
Dan Rother, Robert Hodson, John George
Hubbard II, Dave Haddy, Ann McCandless,
John Does 1-3, Jordan Area Community
Council, Inc., David Schooler, John Willard
Hoff, William McDonald, John Does 4-6,

              Defendants.

Pursuant to Local Rule 83.7(b) of the District of Minnesota, the undersigned hereby

notifies the Court and counsel that Paul Godfread shall appear as counsel of record for

defendant John Willard Hoff.

Dated: June 7, 2013                           GODFREAD LAW FIRM, PC


                                              By: s/Paul Godfread
                                              Paul Godfread (389316)
                                              100 South Fifth Street, Suite 1900
                                              Minneapolis, MN 55402
                                              (612) 284-7325

                                              Attorney for John Hoff

1