UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Peter Rickmyer, <br><br> Plaintiff, <br><br> v. <br><br> Michael K. Browne, Megan Goodmundson, Dan Rother, Robert Hodson, John George Hubbard II, Dave Haddy, Ann McCandless, John Does 1-3, Jordan Area Community Council, Inc., David Schooler, John Willard Hoff, William McDonald, John Does 4-6, <br><br> Defendants. | Court File No.: 13-CV-00559 SRN-SER <br><br><br> **DEFENDANT HOFF'S MOTION TO DISMISS** |

Defendant Hoff hereby moves this Court pursuant to Minn. Stat. § 554.01 *et seq.*, Rule 12(b)(6) and Rule 41 of the Federal Rules of Civil Procedure to dismiss with prejudice all of plaintiff's claims. Defendant Hoff further requests that this Court award attorney's fees, costs, and punitive damages. This motion is made upon the record of the case and the memorandum of law in support of this motion.

Dated: June 7, 2013                              GODFREAD LAW FIRM, PC

                                                 By: s/Paul Godfread
                                                 Paul Godfread (389316)
                                                 100 South Fifth Street, Suite 1900
                                                 Minneapolis, MN 55402
                                                 (612) 284-7325

                                                 Attorney for John Hoff

1