UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Peter Rickmyer,<br><br>    Plaintiff,<br><br>  v.<br><br>Michael K. Browne, Megan Goodmundson, Dan Rother, Robert Hodson, John George Hubbard II, Dave Haddy, Ann McCandless, John Does 1-3, Jordan Area Community Council, Inc., David Schooler, John Willard Hoff, William McDonald, John Does 4-6,<br><br>    Defendants. | Court File No.: 13-CV-00559 SRN-SER<br><br><br><br>DECLARATION OF PAUL GODFREAD |

I, Paul Godfread, under penalty of perjury, declare the following to be true:

I am an attorney for John Hoff and offer the following exhibits as true and correct copies:

Exhibit A    Order and Memorandum of Judge Robert Blaeser dated May 17, 2010

Exhibit B    Copy of a register of action for *Rickmyer v. Hoff*

Exhibit C    Order by Judge Philip Bush dated April 5, 2012

Exhibit D    Order by Judge Philip Bush dated January 18, 2013


Dated: June 7, 2013                                  GODFREAD LAW FIRM, PC


                                                                            By: s/Paul Godfread
                                                                            Paul Godfread (389316)
                                                                            100 South Fifth Street, Suite 1900
                                                                            Minneapolis, MN 55402
                                                                            (612) 284-7325

                                                                            Attorney for John Hoff

1