## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

---

Peter Rickmyer,

    Plaintiff,

vs.

Michael (kip) Browne, Megan Goodmunson,
Dan Rother, Robert Hodson, John George Hubbard II,
Dave Haddy, Ann McCandless, in their individual
capacities and in their official capacity with Jordan
Area Community Council, Inc.

Defendants David Schooler, John Willard Hoff and
William McDonald in their individual capacities and
Jordan Area Community Council, Inc., John Does 1-5

    Defendants.

Court File No. 13-CV-00559
(SRN/SER)

**ORDER.**

---

This case came before the Court on a stipulation between the Plaintiff and Defendants Michael Browne, Megan Goodmunson, Ann McCandless, and Jordan Area Community Council, Inc. for an extension of time for those Defendants to answer the Second Amended Complaint of Plaintiff.

Based on the stipulation (Document No. 17), and the file, record, and proceedings herein, IT IS ORDERED:

1. That the terms of the Stipulation for Extension of Time for are hereby approved;

2. A responsive pleading on behalf of Defendants Defendants Michael Browne, Megan Goodmunson, Ann McCandless and Jordan Area Community Council, Inc. to Plaintiff's Second Amended Complaint shall not be due until July 1, 2013; and

3. The extension of time for a responsive pleading described in the preceding paragraph shall not constitute or result in waiver of any defenses which Defendants

Michael Browne, Megan Goodmunson, Ann McCandless or Jordan area Community Council, Inc. had or could have asserted had any of them to file a responsive pleading within the time prescribed in Fed. R. Civ. P. 12.

Dated:  June 17, 2013                    *s/Steven E. Rau*
                                         Steven E. Rau
                                         U.S. Magistrate Judge