# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Peter Rickmyer, | Court File Number 13-cv-559 (SRN/SER) |
| Plaintiff, | **PLAINTIFF PETER RICKMYER'S REPLY BRIEF AND OR MEMORANDUM OF LAW IN OPPOSITION TO DEFENDANT DAVID SCHOOLER'S MEMORANDUM OF LAW IN OPPOSITION TO MOTION FOR DEFAULT JUDGMENT** |
| vs. | |
| Michael (Kip) Browne et al, | |
| Defendants, | |

## ARGUMENT

1. **U.S. MARSHALL SERVED DAVID SCHOOLER THE SUMMONS AND COMPLAINT.**

    U.S. Marshall who served David Schooler ("Schooler") told Plaintiff Peter Rickmyer he properly served Schooler.

    Schooler was served with the complaint, and in order to avoid default had two choices

    1) answer within 21 days which David Arnold Schooler did not; or

    2) otherwise plead within 21 days

    Schooler did not answer within 21 days or otherwise plead within 21 days.

2. **SCHOOLER COMES TO THIS COURT WITH UNCLEAN HANDS.**

    Schooler is known liar based on the following but not limited to;

    1) Schooler while working for Jordan Area Community Council lied to judge Porter which caused Plaintiff Peter Rickmyer to file a lawsuit against Schooler, which Schooler and Plaintiff entered into a settlement agreement and Schooler was dismissed from the lawsuit 27-cv-10-3378, and



2) Schooler lied to Judge Poston which in Plaintiff's opinion violated the settlement agreement between Schooler and Plaintiff and is the reason Schooler is named in this lawsuit.

## CONCLUSION

To my knowledge the U.S. Marshall who served David Schooler has never lied to a Judge and therefore is credible. Schooler was served the Summons and Complaint and did not answer within 21 days or otherwise plead within 21 days. For these reasons, Plaintiff Peter Rickmyer respectfully requests t5hat this Court grant Plaintiff's motion for default judgment against Schooler.

Dated: July 30, 2013

Peter Rickmyer
2118 25th Avenue North
Minneapolis, Minnesota 55411
612-516-2853

## *Affidavit of Peter Richard Rickmyer*

Court File Number 13-cv-559

STATE OF MINNESOTA )
)
COUNTY OF HENNEPIN )

I, Peter Richard Rickmyer, being first duly sworn, depose and say that:

1. U.S. Marshall told Plaintiff he properly served David Schooler,
2. David Schooler did not answer within 21 days or otherwise plead within 21 days.
3. David Schooler has been untruthful to Judges.
4. David Schooler comes to this Court with unclean hands.

**FURTHER AFFIANT SAYETH NAUGHT**

Peter Rickmyer

Subscribed and sworn to before me
This 30th day of July, 2013

Notary Public

KRISTIN FOSSUM HOSMAN
NOTARY PUBLIC - MINNESOTA
My Commission Expires Jan. 31, 2018

1