## *Affidavit of Peter Richard Rickmyer*

Court File Number 13-cv-559

STATE OF MINNESOTA    )
                                              )
COUNTY OF HENNEPIN  )

I, Peter Richard Rickmyer, being first duly sworn, depose and say that:

1. U.S. Marshall told Plaintiff he properly served David Schooler,
2. David Schooler did not answer within 21 days or otherwise plead within 21 days.
3. David Schooler has been untruthful to Judges.
4. David Schooler comes to this Court with unclean hands.

**FURTHER AFFIANT SAYETH NAUGHT**

*[signature]*

Peter Rickmyer

Subscribed and sworn to before me
This 30th day of July, 2013

*[signature]*

Notary Public

KRISTIN FOSSUM HOSMAN
NOTARY PUBLIC - MINNESOTA
My Commission Expires Jan. 31, 2018

1