## *Affidavit of Peter Richard Rickmyer*

Court File Number 13-cv-559

STATE OF MINNESOTA   )
                     )
COUNTY OF HENNEPIN   )

I, Peter Richard Rickmyer, being first duly sworn, depose and say that:

1. Defendant David Schooler made pleadings outside of 12(b)(6).
2. Defendant David Schooler is agent of JACC.

**FURTHER AFFIANT SAYETH NAUGHT**

Peter Rickmyer

Subscribed and sworn to before me
This 30th day of July, 2013

Notary Public

KRISTIN FOSSUM HOSMAN
NOTARY PUBLIC - MINNESOTA
My Commission Expires Jan. 31, 2018

1